No. 2.—Asamblea Municipal de Lares, a instancias de Eladio Torres Barreto, aplda., v. Bernal, Alcalde de Lares, aplte.—

Diciembre 23, 1932.

Por cuanto, examinados los cargos que se imputaron al querellado y la prueba aportada para su comprobación, si bien se concluye que la conducta del Alcalde fué incorrecta es lo cierto que no revela la dañada intención o gravedad necesarias para justificar su destitución;

Por tanto, visto el caso de *Asamblea Municipal de Arroyo* v. *González*, 41 D.P.R. 782, se revoca y deja sin efecto la resolución apelada de 25 de octubre de 1932, por virtud de la cual la Asamblea Municipal de Lares destituyó al Alcalde J. Aurelio Bernal.

No. 5732. Álvarez, aplte., v. Del Carmen, apldo.—C.D. San Juan. ▮▮▮▮▮▮▮ Enero 27, 1933. Rivera, aplte. v. Del Carmen, apldo.—C. D. San Juan. Indemnización. Enero 27, 1933.

Por los motivos consignados en la opinión emitida en el día de hoy en el caso No. 5731, *Francisca Mundo viuda de Conde, demandante apelante,* v. *Domingo del Carmen, demandado apelado,* se confirman las sentencias apeladas que dictó la Corte de Distrito de San Juan en los casos de epígrafe con fecha 5 de marzo de 1931.